# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## M E M O R A N D U M

Honorable Lawrence J. O'Neill     **RE: Martha Julia Morales**
Chief United States District Judge    **Docket Number: 0972 1:17CR00119-001**
Fresno, California    **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Your Honor:

Martha Julia Morales is requesting permission to travel to Tijuana, B.C., Mexico. Martha Julia Morales is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On March 20, 2017, Martha Julia Morales was sentenced for the offense(s) of 18 USC § 545, Unlawfully Importing Merchandise.

**Sentence Imposed:** Time Served, 3 Years Supervised Release, $100 Special Assessment, Firearms Restriction, DNA Collection.

**Dates and Mode of Travel:** June 2, 2017, through June 5, 2017. She will be traveling in her 2005, Blue, Ford Five Hundred sedan, license plate: 5NJJ488.

**Purpose:** To see her mother and grandmother.

**RE:    Martha Julia Morales**
    **Docket Number:  0972 1:17CR00119-001**
    **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully submitted,

/s/ Laura Del Villar

Laura Del Villar
United States Probation Officer

Dated:    May 30, 2017
          Visalia, California


**REVIEWED BY:**     /s/ Lonnie E. Stockton
                    **Lonnie E. Stockton**
                    **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

**The Court orders:**

☒ Approved    ☐ Disapproved


IT IS SO ORDERED.

Dated:  **May 30, 2017**                    /s/ Dale A. Drozd
                                            UNITED STATES DISTRICT JUDGE